UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No.: 22-cv-23734-KMW

WINDY LUCIUS,

    Plaintiff,
vs.

HAPPY CORNER HOSPITALITY GROUP LLC.,
d/b/a Motek Mediterranean Restaurant & Café

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action with prejudice against, Defendants, HAPPY CORNER HOSPITALITY GROUP LLC., d/b/a Motek Mediterranean Restaurant & Café., and respectfully requests this Court to terminate the action.

Respectfully submitted this December 13, 2022.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Lucius v. Happy Corner Hospitality**
Case No. 22-cv-23734-KMW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*